FILED

06/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0215

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0215

CITY OF MISSOULA,

       Plaintiff and Appellee,

  v.

JOHN RAY ADAMS,

       Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including July 27, 2021, within which to prepare, serve, and file its response brief.

BG

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 21 2021